EDWARD PETERSON, an Infant under the Age of Fourteen Years, by MARTHA PETERSON, His Guardian ad Litem, Respondent, v. GENEVA ELIZABETH HINES, Defendant; DAVID GOLDBLATT, Appellant.— Order denying appellant's motion to direct the guardian *ad litem* to pay to him, for medical and surgical services, a sum of money out of the funds on deposit with the chamberlain of the city of New York to the credit of the infant's estate, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

FRANK J. TAYLOR and GERTRUDE M. TAYLOR, Respondents, v. KINGS COUNTY LIGHTING COMPANY and KINGS APPLIANCE CORPORATION, Appellants.—Action for damages for personal injuries due to the negligence of the defendants in installing and inspecting a gas heater in the home of plaintiffs and leaving in the pipe furnishing a chimney draft to carry off the gases, a damper which was loose and would become easily closed by vibration or otherwise, interfering with the outlet of carbon monoxide which permeated the house and caused the partial asphyxiation of plaintiffs. Judgment entered on a verdict for plaintiffs and order denying motion to set aside the verdict unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Davis and Adel, JJ.; Johnston, J., not voting.

MILDRED TERRIS, on Behalf of Herself and All Other Creditors of the SMITH FOOD CORPORATION, Similarly Situated Who Shall Come in and Contribute to the Expenses of This Action, Respondent, v. JULIAN FOOD CORPORATION, J. K. Z. FOOD CORPORATION, SMITH FOOD CORPORATION, Appellants, and Another, Defendant. — Order and judgment as against the Smith Food Corporation reversed on the law, without costs, motion denied, and the complaint as to it dismissed, without costs, on the ground that a judgment has already been rendered against this defendant for the same amount upon the same claim in the Municipal Court. Order and judgment as against the Julian Food Corporation unanimously affirmed, with ten dollars costs and disbursements. No opinion. Appeal of J. K. Z. Food Corporation dismissed. Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ., concur.

HEYMAN S. TUNICK, as Trustee in Bankruptcy of the Estate of 54 SAGAMORE ROAD, INC., Respondent, v. " JAMES " S. MARVIN, the First Name " James " Being Fictitious, as Defendant's First Name Is Unknown to Plaintiff, Appellant.— Judgment for plaintiff in an action to recover rent based upon a renewal clause contained in a written lease unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Davis, Johnston and Adel, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to a Public Beach Extending from Jacob Riis Park to the Westerly Line of Beach Second Street, Far Rockaway, in the Borough of Queens, City of New York. ROCHE'S BEACH, INC., Appellant; CITY OF NEW YORK, Respondent. — On argument, order dated January 17, 1936, settling proposed case on appeal, and order dated February 24, 1936, denying motion for resettlement of proposed case on appeal, affirmed, without costs, with leave to have the issue considered on the main appeal. Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur. Settle order on notice.